IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. COGGINS et al., | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-480 |
| | : | |
| KEYSTONE FOODS, LLC, | : | |
| Defendant. | : | |

MCHUGH, J.                                                        MAY 27, 2015

## ORDER

This 27th day of May, 2015, after having reviewed Plaintiffs' Motion to Remand and accompanying submissions, it is hereby **ORDERED** that Plaintiffs' Motion to Remand is **GRANTED**. Defendant's Motion to Dismiss is **DENIED AS MOOT**.

                                                                          United States District Court Judge

1